```
1  Mark A. Chambers, S.B. #98933
   Attorney at Law
2  345 West Ninth Avenue, Suite 200
   Escondido, California 92025-5055
3  Telephone:  (760) 489-1808
   Fax:        (760) 489-0225
4  Attorney for Defendant,
   OSCAR MARTINEZ CHAVEZ
5  chambers@mchambers.mpowermail.com
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>OSCAR MARTINEZ CHAVEZ,<br><br>　　　Defendant. | CASE NO. 08-CR-1424-DMS<br><br>JOINT MOTION TO CONTINUE SENTENCING HEARING<br><br>DATE: June 13, 2008<br>TIME:  9:00 a.m. |

　　　NOW COMES Defendant, OSCAR MARTINEZ CHAVEZ, by and through his attorney, Mark A. Chambers, along with the United States of America, by and through its attorney, W. Mark Conover, Assistant United States Attorney, and hereby stipulate and agree to continue the previously scheduled Sentencing Hearing of Defendant OSCAR MARTINEZ CHAVEZ on **June 6, 2008, at 9:00 A.M**., to **June 13, 2008, at 9:00 A.M**., or as soon thereafter as it is convenient to the Court.

//
//
//
//

1  I declare under penalty of perjury that I have contacted all parties, through
2 their attorney of record, and all parties have agreed to continue the Sentencing
3 Hearing.
4
5 Dated: May 21, 2008                    s/ Mark A. Chambers
                                         Mark A. Chambers
6                                        Attorney for Defendant
                                         OSCAR MARTINEZ CHAVEZ
7
8
9 Dated: May 21, 2008                    s/ W. Mark Conover
                                         W. Mark Conover
10                                       Assistant U.S. Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28