1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW)

| UNITED STATES OF AMERICA, | ) | CASE NO.  08-CR-1424-DMS |
|---|---|---|
| Plaintiff, | ) | ORDER CONTINUING MOTION HEARING |
| vs. | ) | |
| OSCAR MARTINEZ CHAVEZ, | ) | DATE: June 13, 2008<br>TIME: 9:00 A.M. |
| Defendant. | ) | |

   GOOD CAUSE APPEARING and based upon the Joint Motion of the parties to continue the Sentencing Hearing;

   IT IS HEREBY ORDERED that the Sentencing Hearing of Defendant OSCAR MARTINEZ CHAVEZ set for June 6, 2008 at 9:00 a.m., be continued until June 13, 2008.

DATED:  May 22, 2008

_____
HON. DANA M. SABRAW
United States District Judge

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28